# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MACHELLE COLLINS,<br>    Plaintiff, | Case No. 1:18-cv-268 |
| vs. | Judge Timothy S. Black |
| COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | Magistrate Judge Karen L. Litkovitz |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 14)

This case is before the Court pursuant to the Order of General Reference to United State Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and, on October 31, 2018, submitted a Report and Recommendation. (Doc. 14). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 14) is **ADOPTED**; and

2. The Commissioner's motion to dismiss the Complaint (Doc. 11) is **DENIED**.

**IT IS SO ORDERED.**

Date: 11/21/18              *s/ Timothy S. Black*
                            Timothy S. Black
                            United States District Judge