UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MACHELLE COLLINS,<br>    Plaintiff, | Case No. 1:18-cv-268<br>Black, J.<br>Litkovitz, M.J. |
|     vs. | |
| COMMISSIONER OF SOCIAL<br>SECURITY,<br>    Defendant. | REPORT AND<br>RECOMMENDATION |

This matter is before the Court on the Commissioner's motion to enter an order and judgment reversing the final decision of the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), with remand to the Commissioner for further administrative proceeding.  (Doc. 19).  Plaintiff Machelle Collins has not responded to the motion.

For good cause shown, this matter should be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of the Social Security Act, 42 U.S.C. § 405(g).  On remand, the Appeals Council will take the necessary action to provide Ms. Collins with written notice of the determinations made on the Title II applications for Child Insurance Benefits (Survivor's Claim) filed on December 12, 2011 and October 18, 2016.

**IT IS THEREFORE RECOMMENDED THAT** the motion to remand (Doc. 19) be **GRANTED**; this case be **REMANDED** to the Commissioner of Social Security to take the necessary action to provide Ms. Collins with written notice of the determinations made on the Title II applications for Child Insurance Benefits (Survivor's Claim) filed on December 12, 2011 and

October 18, 2016; and the Clerk of Court enter a separate judgment as required by Fed. R. Civ. P. 58.

Date: April 17, 2020

*Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

MACHELLE COLLINS,                           Case No. 1:18-cv-268
     Plaintiff,                                    Black, J.
                                                   Litkovitz, M.J.
    vs.

COMMISSIONER OF SOCIAL
SECURITY,
     Defendant.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).