# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| MACHELLE COLLINS, | : | Case No. 1:18-cv-268 |
|  | : |  |
| Plaintiff, | : | Judge Timothy S. Black |
|  | : |  |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
|  | : |  |
| COMMISSIONER OF SOCIAL | : |  |
| SECURITY, | : |  |
|  | : |  |
| Defendant. | : |  |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE (Doc. 21) AND
## TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United

States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate

Judge reviewed the pleadings and, on April 20, 2020, docketed a Report and

Recommendation.  (Doc. 21).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

of the filings in this matter.  Upon consideration of the foregoing, the Court finds that the

Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1.     The Report and Recommendation (Doc. 21) is **ADOPTED**;

2.     The Commissioner's motion to remand (Doc. 19) is **GRANTED**;

3.     This case is **REMANDED** to the Commissioner, in accordance with the fourth sentence of 42 U.S.C. § 405(g), for proceedings consistent with the Report and Recommendation (Doc. 21); and

4.     The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date:     6/16/2020                           *s/Timothy S. Black*

                                                         Timothy S. Black
                                                         United States District Judge